## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**REGINA BIAGAS**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 07-5402**

**SOCIAL SECURITY ADMINISTRATION**                             **SECTION "K"(5)**

### ORDER

Considering the Defendant's Motion to Reverse and Remand (Rec. Doc. 13), and considering that the Court has been advised that Plaintiff does not intend to oppose this motion, accordingly,

**IT IS ORDERED** that Defendant's Motion to Reverse and Remand is **GRANTED**. The judgment of the administrative law judge is hereby **REVERSED** and the matter **REMANDED** to the Commissioner of the Social Security Administration for further administrative action pursuant to 42 U.S.C. § 405(g).

New Orleans, Louisiana, this  28th  day of April, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**