## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**REGINA BIAGAS**                                                          **CIVIL ACTION**

**VERSUS**                                                                       **NO. 07-5402**

**SOCIAL SECURITY ADMINISTRATION**                          **SECTION "K"(5)**

### ORDER

Considering Plaintiff Regina Biagas' Motion for Award of Attorney Fees (Rec. Doc. 17), and considering that this Court has been informed by Defendants' counsel that this motion will not be opposed, accordingly

**IT IS ORDERED** that Plaintiff's Motion for Award of Attorney Fees is **GRANTED.** Plaintiff's counsel is awarded attorney's fees in the amount of $1,968.75.

New Orleans, Louisiana, this   3rd   day of July, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**